UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
10-20-14
OCT 20 2014
MB
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

JOHN JEROME CLAY

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

14CV8266
JUDGE DURKIN
MAGISTRATE JUDGE COLE

vs.

Case No. _____
(To be supplied by the Clerk of this Court)

JUSTIN SMOLINSKI

VIRGINA KIMZY

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:        AMENDED COMPLAINT

 ✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

   A. Name: JOHN JEROME CLAY

   B. List all aliases: JAMES CLARK

   C. Prisoner identification number: 20130820223

   D. Place of present confinement: COOK COUNT JAIL

   E. Address: 2600 SOUTH CALIFORNIA CHGO ILL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: JUSTIN SMOLINSKI   STAR NO. 130

      Title: SOUTH HOLLAND POLICE DEPARTMENT OFFICER

      Place of Employment: 16220 WAUSAU Ave. South Holland ILL 60473

   B. Defendant: VIRGINA KIMZY

      Title: Assistant STATES ATTORNEY

      Place of Employment: STATE OF ILLINOIS • "assuming" 2650 S. califonia Chicago IL 60608

   C. Defendant: _____

      Title: _____

      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: John Jerome Clay v Jonathon Howard, et al., 14C4971

   B. Approximate date of filing lawsuit: June 30th 2014

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

   D. List all defendants: Jonathon Howard - Tom Dart -

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S Northern District of Illinois

   F. Name of judge to whom case was assigned: Judge Thomas M. Durkin

   G. Basic claim made: Mental Health - And unconstitunal living conditions, The plaintiff suffers from mental disorders.

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

   I. Approximate date of disposition: 

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## AFFIDAVIT

I JOHN J CLAY swear that the contents of this complaint is true based on knowledge and Belief.

I further state that I am not in any way legally inclined to handle this matter and ask that the court appoints Counsel.

I further state that I suffer from Mental Disorder and have enclosed Copies of my Medical Records from JOHN Madden Mental facility.

I John J. Clay pray for relief in this matter.

/s/ *John J. Clay*

| | | | | | |
|---|---|---|---|---|---|
| 17733716064 | DCFS | | | 02:35:30 p.m. 09-24-2013 | 10/19 |

| Last Name: CLAY | First JOHN | Middle | MHDD ID# 000769731 | Date Completed 4/8/13 |
|---|---|---|---|---|

Admitting Address: Street | City | State | Zip | Birthdate 03/02/1966 | Marital Status DIV

**NOTIFICATION OF DISCHARGE/TRANSFER TO:** RCP

RCP = Recipient ATT = Attorney PAR = Parent (if minor)
GRD = Guardian REL = Relative Other

Religion: **CHRS**    Sex: **M**    Race: **BLK**

DPA No.    Medicare No.

**RECIPIENT WILL BE RELEASED TO:**
Name: **CLAY, JOHN**    Relationship: **SELF**
Recipient will reside at this address: **9033 S. BISHOP, CHICAGO, IL 60620**
AC Phone: /
Discharge GeoCode: **CHI 95**    Discharge Planning Area: **98**

Facility Name: **MADDEN**    Fac. No. **54**
Subunit Name: **PAV 5 IN-P**    Subunit No. **4361**

Living Arrangement Code: **RELAT**
**Living With Relative**

Discharge Type: **ABS**
ABS = Absolute    PRE = Pre-Discharge    CD = Conditional Discharge

Discharge Movement: **REQUST**
**Recipient's Family Gardian Request**

Aftercare Plans: **HRDI 33 E. 114TH ST. CHGO., IL 60628 PHONE (773)468-2908 APPOINTMENT 4/10/13 AT 11:00 AM WITH ACS THERAPIST.**

Medication(s), Dosage and Indications for Use at time of discharge:
☐ No Medications Recommended
☐ Med Instructions Given, see page 3
☐ See Med Reconciliation Form (attached)

Pre-Discharge Linkage Codes: **STFPH**
**Nothing Listed**

Primary Discharge Diagnosis(es)    ICD Code
- Mood Disorder NOS
- Cocaine abuse - HX
  ETOH

* Requires Home Code:
LLTCF Home Code:    LLTCF Home Name:

Referral After Discharge from Facility: **DASA**

Grant Agency (Grant)    Prvt. Practitioner (Priv)    None - Refused (REFUS)
Org Unit (Unit)    SA Program (DASA)    Psych. Hospital (PSYCH)
Purch Care (DMHPC)    VA Facility (VAFac)    Acute Hospital (HOSP)
Comm. Int. Living Arr. (CILA)    Court (Court)    Criminal Justice (Jail)
Non-DHS Fund Agency (XFund)    Out-of-State (OutSt)    Absent/UA (A/UA)
   None Need (XNEED)

Hospital Contact Name and Phone #:
**JOHN J MADDEN M H CENTER**
**708-338-7400**
**Ask For Social Work**

**CONTINUITY OF CARE (Division of Mental Health only)**
Did the CM agency see the client face-to-face during hospitalization? **N**
If not seen, why not? **Not notified**
Were Care Management Services prescribed for this client? **Y**
If yes, type and level: **Case Management**
If no, explain:
Was there a discharge staffing? **Y**    If yes, date: **04/05/2013**

Care Mgmnt agency participation at staffing: **No participation**
If no CM participation, why? **Not Listed**
Comm. Treatment agency participation at staffing: **No participation**
Other service provider participation at staffing: **In person**

Reason for Hospitalization: **D**
CIVIL: D - Danger to Self/Others    FORENSIC: U - UST    I - Inability to care for Self    N - NGRI    L - Likely to deteriorate without treatment

Report Date: 4/8/2013
Date of Last Revision: 08 19 201_

Illinois Department of Human Services
**DISCHARGE/TRANSFER SUMMARY**
Must be completed prior to actual termination of services
BE SURE APPROPRIATE AUTHORIZATIONS TO RELEASE INFORMATION ARE SIGNED AND WITNESSED

Page 1
Report #57

See

Ref. 405 ILCS 5/3-903(a), 5/4-206 and 5/4-709(a)

## Notice of Discharge

To:
You are hereby notified: **John Clay** _(Individual)_ will be given an **Absolute** _(Specify type)_ **Discharge Date**

discharge from **John J. Madden MHC** _(Facility)_ on **April 9, 2013** _(Date) / TIME_

The reason* for this discharge are as follows: **Patient's Request for Discharge (Signed)**

I certify that I  ☐ mailed   ☒ delivered a copy of this notice in _In-person_   ☒ English   ☐ Spanish
☐ Other: (specify) _____

to the person(s) listed above on **April 9, 2013**
_(month/day/year)_

Signature: **Gladys Sherrod**     Title: **Staff**
Printed Name: **Gladys Sherrod**    For Facility Director: _(signature)_

*For notification to school districts enter "not applicable" here.

PLEASE READ CAREFULLY THE INFORMATION CONTAINED BELOW. IT DESCRIBES THE RIGHTS OF BOTH THE INDIVIDUAL AND YOURSELF REGARDING THIS DISCHARGE.

### WHO HAS THE RIGHT TO OBJECT

**MI Facility:**

Adult - An individual may object to his or her discharge or the individual's attorney or guardian may object on his or her behalf.

Minor - The minor (if 12 years of age or older) may object to his or her discharge or the minor recipient's attorney or person who executed the application for admission may object to the discharge.

**DD Facility:**

An individual (if 12 years of age or older) may object to his or her discharge or the individual's attorney or guardian, or the person who executed the application for admission may object on the individual's behalf.

School districts do not have the right to object to discharge.

### EXPLANATION OF HOW TO OBJECT TO DISCHARGE

Prior to discharge, send a signed objection to the facility director. On receipt, the facility director will schedule a hearing to be held at the facility within 7 days. The individual will remain at the facility until a decision is made after the hearing.

The hearing takes place before a special committee of professional staff. The hearing is informal and you can bring in persons to make statements and present fact on your behalf.

The committee will send its recommendations to the facility director, who will notify you of his or her decision within 7 days. If you do not agree with the decision, you may ask the Secretary of the Department of Human Services to review it.

A copy of this form shall be filed in the individual's clinical record.
**IMPORTANT INFORMATION IS ON THE BACK OF THIS FORM**

I object to the discharge of _____ from _____
              (individual's name)                            (name of facility)
and request a hearing before the Utilization Review Committee.

Date: _____    Signature of objector: _____

Relationship to Individual: _____

IL462-2022 (R-1-04) (MHDD-22)                                  Page 1 of 2

| | |
|---|---|
| IV | **STATEMENT OF CLAIM:** |
| Count (1) | On August 17th 2013, I was arrested by a officer Justin Smolinski Star#130 whom is with the South Hollad Police Department located at 16220 Wausau Ave, South Holland Illinois 60473. I was being pursued on foot by multiple John Does from a car dealership who alleged that I fit the description of a suspect that they were looking for, while walking down an unknown street while being chased by the JOHN DOES officer Justin Arrived on the Scene Drew his weapon and placed me under arrest. |
| Count (2) | Officer Justin Smolinski Star#130 then drove me back to a car dealership being van dam motors Inc., Located at 16269 van Dam Road, South Holland Illinois, while there I was asked to step out of the patrol car and Searched, and my wallet and a common pocket knife was taken from me, and people at the lot viewed me. |
| Count (3) | I was then taken into the custody of the South Holland police Department, and had learned that I was being charged with possession of a Stolen motor vehicle, 1 count of Buglary, 1 count of Dangerous weapon by a felon (possession) |
| Count (4) | While in custody of the South Holland police Department officer Justin Smolinski Star#130 without my consent allowed other law enforcement agencies to interrogate me. I told officer Justin Smolinski Star#130 that I wanted Counsel present due to my Rights being in violation, when I Refused to comply I was subjected to multiple racial name calling, degraded and locked back in a cell. |

Count (5) On August 18th or 19th in the custody of the South Holland police Department, I was told by officer Justin Smolinski and other officials to step out of my cell, I was then led into a room that contained 5 to 6 unknown Black males which I found out was a line up, I then told officials that I wanted counsel present and that I did not consent to this proceedure, I was told in harsh tones to comply and out of fear I did as asked. NOTE: A Suggestive Line-up.

Count (6) I was held for a total of 72 hours at the South Holland police Department and then taken to Markham Illinois court Building, Located at 16501 So. Kedzie Ave parkway, Markham ILL 60428 on or about August 20th, I was not afforded the opportunity to be present for Bond Court and was transported to cook county Jail on August 20th 2013, while in the custody of my parenting county Jail, I had learned that officer Justin Smolinski star #130 was Responsiable for a multitude of other constitutional violations.

Count (7) When I had requested to purchase commissary I learned that my wallet or property was not at the county Jail, and a total of $374.00 U.S. Currancy was not on my trust fund account, nor was my leather wallet that my mother bought me, my cell phone, State I.D. Social Security card, Rush Debit card, Illinois Link card, family photo's and 1-Gold Rope Chain that was Broken that was in my wallet that my uncle gave me prior to his death.

Count (8) — While in the custody of the Cook County Jail I learned that due to the Illegal Line up, that (5) cases was put on me, and Officer Justin Smolinski Star #130 had Conspired with the assistant States attorney to mislead the Grand Jurors on September 26th 2013 by presenting false testimony...

Count (9) On September 12th 2013, Officer Justin Smolinski Star #130 was a witness before the Grand Jurors and testified (under oath) that I was in possession of a Stolen motor vehicle. That I Commited Buglary to Van Dam motors Inc, and that I possessed a Dangerious Knife with the intent to use it on another.

* There is not one police Report, Dash cam, video, or anything that Can place me in possession of a Stolen motor vehicle, I do not even have a valid Drivers licenses, no Driving without a licenses tickets were ever issued either.

* There was not one Dispatch call recieved from Van Dam motors Inc that a Buglary was in progress, there is no complaint from Van Dam motors Inc of a Buglary. I had no Buglary tools.

* The knife I had was a ordinary pocket knife purchased at a fleq market (no Registration Required) the knife is legal and does not exceed the width of the palm of my hand there is nothing Dangerious about a pocket knife, futhermore there is not one complainting witness who stated I attacted them, or intented to use a knife on anyone.

Count (10) Officer Justin Smolinski Star #130 was untruthfull before the Grand Jurors and failed to testify to the truth of **Hearsay Elements** in my case, Had the true elements of my case been presented before the Grand Jurors A True Bill Indictment would not have Been obtained.

Count (10) continued

Officer Justin Smolinski intentionally conspired with the state attorney to mislead the Grand Jurors which altered the Grand Jurors DUAL functions, (1) to Act as a Sword when Justice is due, (2) To act as a Shield to protect the accused from official misconduct Vindictiveness and Hearsay.

Had the true elements been presented Before the Grand Jurors NO True Bill Indictment would have been obtained, or the Grand Jurors may have found reason(s) for a lesser charge.

Count (11) Officer Justin Smolinski star #130 has violated my Rights and failed to uphold his duty as a officer, as a result of his vindictiveness, I have been incarcerated since August 17th 2013, and forced to try to defend myself in the court of law due to ineffective counsel, and I have been deprived of my life, property, and multiple opportunities in the free world.

I have tryed to obtain Officer Justin Smolinskis name and information for a period of 10 months, the courts have denied me access to the Discovery finally on the date of September 29th 2014, I spoke to public Defender Supervisor Beth Minor with the Markham court public Defenders office and she gave me the Arresting officersname and information Due to the delay I am now filing this complaint under The Civil Rights Act. I futher swear By God and the penalty of purJery that the contents are true to the Best of my knowledge. The defendant acted under At all times under color of state law

John J Clay
20130820223

V. Relief

I ask this Honorable Court to grant the plaintiff John J. Clay Nominal Damages, compensatory Damages, and punitive Damages Also that the Defendant be liable for my property and missing US. Currancy, and Items that hold Sentimental value to me, Being a Wallet my mother gave me, and a 14k Broken Gold Rope chain that was in my wallet given to me by my deceased uncle.

I futher ask this Honorable Court for an preliminary Injunction to prohibit officer Justin Smolinski Star #130 from testifing against me in the court of law, to allow this officer to testify would cause even futher pain and suffering.

Finally I would ask this Honorable Court for appointment of Counsel due to the plaintiffs indigent situation he cannot afford counsel and his imprisonment will greatly limit his ability to litigate, the plaintiff also has very limited access to the law library and limited knowledge of the law. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

VI. The plaintiff demands that the case be tried by A Jury ☒ yes ☐ no

CERTIFICATION

By signing this complaint, I John J. Clay Certify that the facts stated in this complaint are true to the best of my knowledge, information and belief. I John Clay understand that if this Certification is not correct, I may be subject to sanctions by the court

Signed this 10th, day of october, 2014        *John J Clay*

NAME: JOHN JEROME CLAY    ID NO. 20130820223

2600 SO. California Chicago Illinois 60608

(6)

Pg(1)

Plaintiff John Clay ask this Honorable court to Grant Relief in nominal Damages, compensatory Damages and punitive Damages

- Nominal Damages

The plaintiff John J. Clay Rights were violated multiple times and ask that officer Justin Smolinski Star #130 of the South Holland police Department pay the Amount of $500,000 Dollars U.S. Currancy

- Compensatory Damages

The plaintiff John J. Clay has endured Severe pain and Suffering as a result of officer Justin Smolinsk star 130 the plaintiff Suffers from mental Health Issues and while in custody has not had his medications and has also had to file Seperate Suit in this regard. the plaintiff has been in custody Since August 17th 2013 and has been appointed Ineffective counsel, in which the plaintiff had to contact the Attorney disciplinary Board and Toni Preckwinkle the Defendant cannot afford counsel and must go (pro se) the Defendant futher has Endured additional pain and Suffering from not being there for his family and loved ones, And officer Justin Smolinski Star #130 also took property from the plaintiff that holds Sentimental value and a total of $374.00 in U.S. Currancy, various I.D's photos and a Rare Reptilian Belt, the plaintiff is Seeking Justin Smolinski Star #130 of the South Holland police Department to pay the Amount of $500,750 Dollars U.S. Curranacy

- punitive Damages

The plaintiff is Being held on falsified testimony due to malicious and Recklessnes intent and officer Justin Smolinski Star #130 lied to the Grand Jurors under oath with the intent to falsify Charges and additional counts at all times the defendant acted under color of State Law.

Page (2)   The plaintiff seeks that the defendant, Justin Smolinski Star # 130 pay the Amount of $850,000 Dollars U.S. Currancy for his Role in all counts, in his official capacity, And individual capacity.

The plaintiff is Asking this Honorable court to grant Relief in the amount of $850,374 for Nominal damage, Compensatory Damages, and punitive Damages, and Ask that the plaintiff also be compensated for filing fees Stamps • legal fees and what the Court Deems Just.

And in addition Damages for the time still running in Custody, I have only given an estimated value, and ask that the court Rules in my favor.

                                                  *John Clay*

# STATEMENT of Claim Continued
## DEFENDANT VIRGINA KIMZEY

1) VIRGINA KIMZY IS a assistant STATES ATTORNEY who at all times acted under color of state law on the date of September 12th 2013, Before the grand Jurors in her presentation with Officer Justin Smolinski.

2) assistant STATES Attorney VIRGINA KIMZY Knowingly allowed additional counts to be added to case no 13CR17975 for Possession of Stolen Motor Vehicle, the additional Counts are Buglary, And Possession of a Dangerious weapon by a felon with the intent to use it on another.

3. There is NO Complainting witness who ever Reported a Burglary, and there is no complainting witness who Reported the Plaintiff in an attempt to attack or Charge with a knife or a weapon, or Reporting a "Dangerious weapon.

4. The Dangerious weapon described before the Grand Jurors was in fact a common Pocket knife that is not Illegal to carry and requires no registration based on falsified testimony with malicious and vindictive intent, the grand Jurors issued a true Bill Indictment because they were mislead due to the Presentation gave by assistant States Attorney VIRGINA KIMZY who at all times acted under color of State law.

5. Due to the Circumstances the Plaintiff is Subjected to procecution and has been detained Since August 17 2013, and Should be held liable for PerJury and Prosecuritail Misconduct wheather VIRGINA KIMZYS Role was intentional or not, futhermore Due to the recklessness and Malicious act the umbrella of Immunity Should not Protect assistant States Attorney VIRGINA KIMZY due to her role of PerJury which violated my Due Process Rights and is also a felony.

The Plaintiff John J. Clay is sueing assistant States Attorney VIRGINA KIMZY in her individual and official capacity

Relief for Defendant VIRGINA Kimzy

THE Plaintiff seeks compensatory Damages in the Amount of $150,000 Due to Pain and Suffering as a Direct Result of her Role in allowing Perjured testimony which resulted in the grand Jurors obtaining a verdict which lead to an indictment and Subjecting the Plaintiff to Prosecution and being Detained since 8/17/2013. at the cook County JaiL, furthermore the Plaintiff has not obtained psych meds while being in cook county Jail that the Plaintiff was active on Prior to this incident which has caused the Defendant additional suffering. Due to the role of VIRGINA Kimzy. Time has also Been taken Away from the Plaintiffs family which is time the Plaintiff can never get back.

The Plaintiff Seeks Nominal Damages in the Amount of $75,000 for her Role in violating the Plaintiffs Due process Rights while under the color of state Law. the Plaintiff did not have a fair trail Before the Grand Jurors.

The Plaintiff Seeks Punitive Damages due to being held on falsified testimony which is Perjury that is Clearly the result of malicious and Reckless intent to mislead the Grand Jurors from there Dual function to Act as a Sword when Justice is due, or as a shield to protect the Plaintiff from Perjury and official misconduct. the Plaintiff asks for $75,000 for Punitive Damages and or Tort claim.

In addition, the Plaintiff is not a lawyer and has made his Relief Based off injury and days of incarceration due to Both Defendants Being Co-ConSpiritors the Plaintiff will ask the court to grant Relief Jointly or Individually, the court has Jurisdiction to make that determination.

John Clay
Plaintiff