

**PRISONER CASE**

R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet



FILED
10-20-14
OCT 20 2014
MB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** JOHN JEROME CLAY    **Defendant(s):** JUSTIN SMOLINSKI, et al.

**County of Residence:** COOK    **County of Residence:**

**Plaintiff's Address:**
John Jerome Clay
#2013-0820223
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

14CV8266
JUDGE DURKIN
MAGISTRATE JUDGE COLE

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1981pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** M. Burke    **Date:** 10/20/14

14C4971
Durkin/Cole