## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

JOHN JEROME CLAY  (B-16569),    )
    )
        Plaintiff,    )       Case No. 14 C 8266
    )
        v.    )
    )       Judge Joan H. Lefkow
JUSTIN SMOLINSKI, et al.,    )
    )
        Defendants.    )
    )

## ORDER

On December 11, 2014, this Court dismissed this case for want of prosecution due to Plaintiff's failure to submit a complete i.f.p. application as directed by the Court. [6]  Plaintiff subsequently submitted a motion for reconsideration, which the court interpreted as motion for relief from judgment pursuant to Fed. R. P 60(b). [7] In that motion, Plaintiff stated that he had twice previously submitted trust fund ledgers while he was held at Cook County Jail.  The Court has no record of receiving those documents.  On Feb. 12, 2015, the Court directed Plaintiff to submit a new i.f.p. application, and gave Plaintiff 28 days to submit that application and a trust fund ledger. [8] The Court has received no response.  However, because Plaintiff's motion for relief from judgment indicated difficulties in sending and receiving mail, the Court will give Plaintiff an additional 28 days to comply with this Court's Feb. 12, 2015, order. The Clerk is directed to send Plaintiff a blank i.f.p. petition.  Plaintiff is directed to complete that application, include a trust fund ledger, and submit it to the court within 28 days of this order.  If the Court does not receive the completed i.f.p. application within 28 days of the date of this order, the Court will rule on Plaintiff's motion for relief from judgment without the benefit of that application.

Date:   April 6, 2015       _____
                    U.S. District Judge Joan H. Lefkow