John Clay (B16569)
10930 Lawrence Road
Sumner, IL 62466

CmC

**FILED**

JUL 24 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TO: Honorable Judge Jean Lefkow
Date: July, 21st 2015
Sub: motion for appointment of counsel / Medical Records

14 CV 8266

Dear Honorable Judge,

Due to multiple reasons I am not able to be in compliance with your previous court order to file an amended complaint.

Not only do I not have anyone at this facility to help me, my health is also a factor mentally, and physically.

You know all the circumstances of this matter your honor, and with all fairness I ask for you to consider the error on the court which lead me to believe this case was dismissed.

I'm not even sure how to re-obtain documents I had to prove this case, with all due respect mam, please review the enclosed motion, exibits, and appoint counsel. I will be also forwarding you Mental Health Records from this facility, they still haven't gave me copies.

I suffer from Mental Disorders and need help.

Sincerely,
John J. Clay

I've also enclosed U.S. Marshall form, there are other John Does as well who need to be served.