# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612     **14 CV 8266**

Patient Name: CLAY, JOHN J
Patient Type: Visit CHS
Birth Date: 3/2/1966
Gender: Male

Admission Date:   8/20/2013
Discharge Date:
FIN: 20130820223

MRN: 00084229z; 544834p; 004868020c

CMRN: 1006562127

## MH Treatment Plan CHS

| | |
|---|---|
| GERD (gastroesophageal reflux disease) (SNOMED CT :353135014 ) | *Name of Problem:* GERD (gastroesophageal reflux disease) ; *Onset Date:* 7/22/2014 ; *Recorder:* FELDMAN MD, ELIZABETH; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 353135014 ; *Contributor System:* PowerChart ; *Last Updated:* 7/22/2014 10:35 ; *Life Cycle Date:* 7/22/2014 ; *Life Cycle Status:* Active ; *Responsible Provider:* FELDMAN MD, ELIZABETH; *Vocabulary:* SNOMED CT |
| Opioid abuse, unspecified (ICD-9-CM :305.50 ) | *Name of Problem:* Opioid abuse, unspecified ; *Onset Date:* 8/19/2013 ; *Recorder:* BONILLA PA-C, AMY L; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 305.50 ; *Contributor System:* PowerChart ; *Last Updated:* 4/16/2014 09:49 ; *Life Cycle Date:* 8/20/2013 ; *Life Cycle Status:* Active ; *Responsible Provider:* BONILLA PA-C, AMY L; *Vocabulary:* ICD-9-CM |

Diagnoses(Active)

Chest pain

Costochondritis

GERD (gastroesophageal reflux disease)

Opioid abuse, unspecified

*Date:* 9/11/2014 ; *Diagnosis Type:* Discharge DX ; *Confirmation:* Confirmed ; *Clinical Dx:* Chest pain ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-9-CM ; *Probability:* 0 ; *Diagnosis Code:* 786.50
*Date:* 6/12/2014 ; *Diagnosis Type:* Discharge DX ; *Confirmation:* Confirmed ; *Clinical Dx:* Costochondritis ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-9-CM ; *Probability:* -1 ; *Diagnosis Code:* 733.6
*Date:* 7/22/2014 ; *Diagnosis Type:* Discharge DX ; *Confirmation:* Confirmed ; *Clinical Dx:* GERD (gastroesophageal reflux disease) ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-9-CM ; *Probability:* -1 ; *Diagnosis Code:* 530.81
*Date:* 8/20/2013 ; *Diagnosis Type:* Discharge DX ; *Confirmation:* Confirmed ; *Clinical Dx:* Opioid abuse, unspecified ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-9-CM ; *Probability:* -1 ; *Diagnosis Code:* 305.50

**FILED** EAD

JUL 24 2015
7-24-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Report Request ID: 16863657

Facility: CHS
Location: 062Q; 17; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

*EXHIBIT 4*

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: CLAY, JOHN J
Patient Type: Visit CHS
Birth Date: 3/2/1966
Gender: Male

Admission Date: 8/20/2013
Discharge Date:
FIN: 20130820223

MRN: 00084229z; 544834p; 004868020c

CMRN: 1006562127

## MH Treatment Plan CHS

| | |
|---|---|
| GERD (gastroesophageal reflux disease) (SNOMED CT :353135014 ) | Name of Problem: GERD (gastroesophageal reflux disease) ; Onset Date: 7/22/2014 ; Recorder: FELDMAN MD, ELIZABETH; Confirmation: Confirmed ; Classification: Medical ; Code: 353135014 ; Contributor System: PowerChart ; Last Updated: 7/22/2014 10:35 ; Life Cycle Date: 7/22/2014 ; Life Cycle Status: Active ; Responsible Provider: FELDMAN MD, ELIZABETH; Vocabulary: SNOMED CT |
| Opioid abuse, unspecified (ICD-9-CM :305.50 ) | Name of Problem: Opioid abuse, unspecified ; Onset Date: 8/19/2013 ; Recorder: BONILLA PA-C, AMY L; Confirmation: Confirmed ; Classification: Medical ; Code: 305.50 ; Contributor System: PowerChart ; Last Updated: 4/16/2014 09:49 ; Life Cycle Date: 8/20/2013 ; Life Cycle Status: Active ; Responsible Provider: BONILLA PA-C, AMY L; Vocabulary: ICD-9-CM |

Diagnoses(Active)

| | |
|---|---|
| Chest pain | Date: 9/11/2014 ; Diagnosis Type: Discharge DX ; Confirmation: Confirmed ; Clinical Dx: Chest pain ; Classification: Medical ; Clinical Service: Non-Specified ; Code: ICD-9-CM ; Probability: 0 ; Diagnosis Code: 786.50 |
| Costochondritis | Date: 6/12/2014 ; Diagnosis Type: Discharge DX ; Confirmation: Confirmed ; Clinical Dx: Costochondritis ; Classification: Medical ; Clinical Service: Non-Specified ; Code: ICD-9-CM ; Probability: -1 ; Diagnosis Code: 733.6 |
| GERD (gastroesophageal reflux disease) | Date: 7/22/2014 ; Diagnosis Type: Discharge DX ; Confirmation: Confirmed ; Clinical Dx: GERD (gastroesophageal reflux disease) ; Classification: Medical ; Clinical Service: Non-Specified ; Code: ICD-9-CM ; Probability: -1 ; Diagnosis Code: 530.81 |
| Opioid abuse, unspecified | Date: 8/20/2013 ; Diagnosis Type: Discharge DX ; Confirmation: Confirmed ; Clinical Dx: Opioid abuse, unspecified ; Classification: Medical ; Clinical Service: Non-Specified ; Code: ICD-9-CM ; Probability: -1 ; Diagnosis Code: 305.50 |

Report Request ID: 16863657

Page 17 of 17

Facility: CHS
Location: 062Q; 17; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

Offender Information:

Last Name: C/ay   First Name: John   MI: ___   ID#: B16564

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/5/15 | MD Note: | Dx — Chest Pain |
| 2¹⁵ | s) See USC note of | symptoms |
|  | 1-30-15. He has | |
|  | c list of complaints | P) EKG   2/7/15 |
|  | Chest pain sound like | CMP, Lipid |
|  | (GERD,) It's may have | (H. Pylori, CBC, |
|  | had 2 recent cardiac | Sed rate, UA |
|  | work-up. He has no | Vitamin D Level |
|  | pain now, Cardiac (D) | When we come |
| Wt. 215 | O) Records as available | over for EKG |
| T) 98° | reviewed — nothing too | have him sign up |
| P) 84, R) 20 | Tis C bax, Neck — no bruit | No cardiac pain |
| BP) 144/84 | CV — reg rhythm, no mur | Ecoh CV and |
|  | lung clear Pulses all OK | Anywhere He Read |
|  | No chest wall tenderness | cardiac work-up |
|  | abd — non — tender | |
|  | Ext. — Knees seem Normal | |
|  | and stable | |

EXHIBIT C

LAWRENCE CORRECTIONAL CENTER
Rural Route 2
Box 36
Sumner, IL 62466

**UNIVERSITY OF ILLINOIS**
Hospital and Health Sciences System
Reference Laboratory

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph# (877) FOR-LABS
Fredrick Behm, M.D., Director

FASTING: U

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| CLAY, JOHN B16569 | A248-16569 | 03/02/1966 | M | Final | D248 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| | 02/13/2015 12:00 | 02/13/2015 23:00 | 02/15/2015 17:00 | 3 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. | |
|---|---|---|---|
| A248.1227 | | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| URINE  CLARITY | CLEAR | | | |
| URINE  SP GRAV | 1.021 | | | 1.003-1.035 |
| URINE  PH | 7.0 | | | 5.0-8.0 |
| URINE  PROTEIN | NEGATIVE | | MG/DL | NEG |
| URINE  GLUCOSE | NEGATIVE | | MG/DL | NEG |
| URINE  KETONES | NEGATIVE | | MG/DL | NEG |
| URINE  BILIRUB | NEGATIVE | | | NEG |
| NITRITE | NEGATIVE | | | NEG |
| UROBILINOGEN | NORMAL | | EU/DL | 0.1-1 |
| URINE  BLOOD | NEGATIVE | | | NEG |
| URINE  RBC'S | NONE SEEN | | /HPF | 0-2 |
| URINE  WBC'S | NONE SEEN | | /HPF | 0-5 |
| BACTERIA | NONE | | | NONE |
| LEUK ESTERASE | NEGATIVE | | | NEG |
| .PYLORI IGG AB | | 2.3 H | EV | |

Reference range: <=1.7
(NOTE)
INTERPRETIVE INFORMATION:  Helicobacter Pylori Ab, IgG

    1.7 EV or Less .......... Negative: No significant level
                             of IgG antibody to H. pylori
                             detected.
    1.8 - 2.2 EV ........... Equivocal: Repeat testing in
                             10-14 days may be helpful.
    2.3 EV or Greater ...... Positive: IgG antibody to
                             H. pylori detected, suggestive
                             of previous exposure or active
                             infection.

Previously known as Campylobacter pylori, Helicobacter
pylori-specific antibodies are detectable in almost all
adult
patients with duodenal ulcer and about 80% of patients
with
gastric ulcer. The prevalence of H. pylori antibodies
increases
with age and can be found in a significant percentage of
healthy
individuals over the age of 50. Positive results do not
confirm
the diagnosis of H. pylori-associated gastritis or
duodenal ulcer,

Continued on the next page
CLAY, JOHN B16569                    02/15/2015 17:00                              D248

*Medical Discharge from Mental Hospital*



EXIBIT 1)

Pat Quinn, *Governor*

Illinois Department of Human Services

Michelle R.B. Saddler, *Secretary*

John J. Madden Mental Health Center
1200 South First Avenue • Hines, Illinois 60141

April 9, 2013 - Discharge Date

Illinois Department of Parole        RE: John Clay

To whom It May Concern:

    John Clay DOB: 3/2/1966; SS# 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

was admitted to John J. Madden Mental Health Center
on 1/3/2013 and discharged on 4/9/2013.

    If additional information is needed, you may
telephone (708) 338-7108. Mr Clay was also at
Gateway and was admitted to mt. Sinai Hospital on
12/17/12 to 1/3/13 which he left madden on 4/9/13

Sincerely,

*Gladys Sherrod, MSW*

Last Name:  **CLAY**          First  **JOHN**          Middle  1-9

MHDD ID#  000769731          Date Completed  ~~4/8/13~~

| Admitting Address: Street | City | State | Zip | | Birthdate **03/02/1966** | Marital Status **DIV** |

**NOTIFICATION OF DISCHARGE/TRANSFER TO:**  [RCP]

RCP = Recipient          ATT = Attorney          PAR = Parent (if minor)
GRD = Guardian          REL = Relative          Other

| Religion **CHRS** | Sex **M** | Race **BLK** |

**RECIPIENT WILL BE RELEASED TO:**

Name:  **CLAY, JOHN**          Relationship:  **SELF**

Recipient will reside at this address:  **9033 S. BISHOP, CHICAGO, IL  60620**

AC Phone:  **/ -**

Discharge GeoCode:  **CHI 95**          Discharge Planning Area:  **98**

DPA No.          Medicare No.

Facility Name  **MADDEN**          Fac. No.  **54**

Subunit Name  **PAV 5 IN-P**          Subunit No.  **4361**

Living Arrangement Code:  [ **RELAT** ]

**Living With Relative**

Discharge Type:  [ **ABS** ]

ABS = Absolute          PRE = Pre-Discharge
CD = Conditional Discharge

Discharge Movement:  [ **REQUST** ]

**Recipient's Family Gardian Request**

Aftercare Plans:  **HRDI 33 E. 114TH ST. CHGO., IL 60628 PHONE (773)468-2908 APPOINTMENT 4/10/13 AT 11:00 AM WITH ACS THERAPIST.**

Medication(s), Dosage and Indications for Use at time of discharge:

- [ ] No Medications Recommended
- [ ] Med Instructions Given, see page 3
- [ ] See Med Reconciliation Form (attached)

Pre-Discharge Linkage Codes:  [ **STFPH** ]

**Nothing Listed**

Primary Discharge Diagnosis(es)    ICD Code

- Mood Disorder NOS
- Cocaine abuse — 1tp
  ETOH

* Requires Home Code:
LLTCF Home Code: [          ]          LLTCF Home Name: [          ]

Hospital Contact Name and Phone #:

**JOHN J MADDEN M H CENTER**

**708-338-7400**

**Ask For Social Work**

Referral After Discharge from Facility:  [ **DASA** ]

| Grant Agency (Grant) | Prvt. Practitioner (Priv) |
| Org Unit (Unit) | SA Program (DASA) |
| Purch Care (DMHPC) | VA Facility (VAFac) |
| Comm. Int. Living Arr. (CILA) | Court (Court) |
| Non-DHS Fund Agency (XFund) | Out-of-State (OutSt) |

None - Refused (REFUS)
Psych. Hospital (PSYCH)
Acute Hospital (HOSP)
Criminal Justice (Jail)
Absent/UA (A/UA)
None Need (XNEED)

**CONTINUITY OF CARE (Division of Mental Health only)**

Did the CM agency see the client face-to-face during hospitalization?  [ N ]

If not seen, why not?  [ **Not notified** ]

Care Mgmnt agency participation at staffing:  [ **No participation** ]

If no CM participation, why?  [ **Not Listed** ]

Were Care Management Services prescribed for this client?  [ Y ]

If yes, type and level :  [ **Case Management** ]

If no, explain :  [          ]

Comm. Treatment agency participation at staffing:  [ **No participation** ]

Was there a discharge staffing?  [ Y ]    If yes, date:  [ **04/05/2013** ]

Other service provider participation at staffing:  [ **In person** ]

Reason for Hospitalization:  [ D ]

| CIVIL: | FORENSIC: | U - UST | N -NGRI |
| D - Danger to Self/Others | | I - Inability to care for Self | L - Likely to deteriorate without treatment |

Report Date: 4/8/2013

Date of Last Revision:  08 19 2014

SEE

Illinois Department of Human Services
**DISCHARGE/TRANSFER SUMMARY**
Must be completed prior to actual termination of services
BE SURE APPROPRIATE AUTHORIZATIONS TO RELEASE INFORMATION ARE SIGNED AND WITNESSED

Page 1

Report #57