# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

John Jerome Clay (B16569) )
   Plaintiff, )
      V. )
Justin Smolinski, et al. )
   Defendants. )
Police chief and John Does )
   Co-Defendants )

Case No. 14 Cv. 8266

Honorable Judge Joan Lefkow

**RECEIVED**
AUG 28 2015
8-28-15 EAA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## AMENDED COMPLAINT

1. This is an amended complaint brought pursuant to 42 U.S.C. § 1983 to redress violations of the Plaintiff's Constitutional Rights, and redress violations of Plaintiff's Due Process Clause of the fourteenth Amendment and liberty interests. Redress violations of Plaintiff's fifth Amendment, Redress for a Prompt Probable Cause hearing. Redress for Property and Currency that was confinscated by the Defendants.

2. Plaintiff John Jerome Clay seek a judgement declaring the Defendants' Conduct unconstitutional and an injunction against Defendants' unlawful conduct as set forth on Pages 1-3.

3. Americas Law Officials often intentionally violate rights of citizens, use excessive force and fail to adhear to the very laws they swore to uphold.

4. The Courts and the media are full of cases that show Police brutality, official misconduct even death.

5. The Court has jurisdiction of this cause pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3) and (4).

6. Plaintiff John Clay is currently incarcerated at the Lawrence Correctional Center Reg #B16569, at 10930 Lawrence Road, Sumner IL 62466. Plaintiff has a History of Mental Illness and is currently taking Prescribed Psychotropic Medications and ask this Honorable Court to excuse mistakes, the Plaintiff does not at this point have legal representation who can fairly and adequately represent and protect the interest of the Plaintiff.

7. Plaintiff would also ask this Honorable Court to provide the Plaintiff with a Federal Rules and Proceedure Civil Guide Book to assist the Plaintiff Properly Prepare and understand legal rules of the Northern District. Plaintiff have already Provided a Trust fund ledger informing this Honorable Court that the Plaintiff is in fact indigent.

8. Defendant Justin Smolinski is a officer with the South Holland Police Department and brought the Plaintiff into Custody of the South Holland police Department on or about August 17th 2013 where the Plaintiff Sat in the custody of the South Holland Police Dept 72 Hours. Defendant and co-workers were also Responsiable for missing Property, currancy, and Subjecting Plaintiff to questioning, and line-up after Plaintiff invoked his fifth amendment Right, and six amendment right.

9. Defendants (John Does) at the South Holland Police Department subjected the Plaintiff to false charges that were never filed via complaint or via Emergency Management

10. Defendant (John Doe) Chief of the South Holland Police Dept, is Responsible for ensuring that all arrestees are treated in accordance with The Constitution of the united States, and Department Rules, and to uphold the law.

11. Defendants are Sued in their Official and individual Capacities for violating the the Plaintiffs Civil rights while under Color of Law.

### REQUEST FOR RELIEF:

Wherefore, Plaintiff request that this Court:

(a) Declare that the Defendants' actions and inactions are/were unlawful and unconstitutional for the reasons specified above;

(B) order the Defendants to foward the Plaintiff all Police Reports, line up photos, including names and Staff who are declared Defendants

(c) That Defendants Return Plaintiffs property, wallet, Identification cards, Cell Phone, currancy and Gold Chain.

(D) That Defendants compensate plaintiff for being Subjected to being detained at South Holland Police Department Past 48 hours

(E) Award Plaintiff the Costs and time, and Compensatory and punitive damages for the violations of Constitutional and legal Rights

(F) Award Plaintiff $19000 for violating Plaintiffs fifth amendment Right

(G) Award Plaintiff $10,000 for violating plaintiffs Prompt Proable cause hearing

(H) Award Plaintiff $29000 for false charges of Buglary and Possession of A Dangerious weapon.

(I) Award Plaintiff $585.00 for missing wallet, Identification cards, Gold chain, Cell phone, Currancy of $300+ dollars

(J) Award Plaintiff $1,000 for filing fees, legal copies, Postage, Research and time and any such further relief as the court may deem Just.

/s/ John Jerome Clay
(PRO SE) Plaintiff

## COUNT 1

### Violation of Fifth Amendment Rights, and Six Amendment Rights

Defendants took Plaintiff into the custody of the South Holland Police Department on August 17th 2013. Defendants ordered the Plaintiff to talk too unknown outside agencies, subjected the Plaintiff to stand in a staged line up after the Plaintiff on several occassions pleaded fifth amendment right, and invoked Right to Counsel.

## Count 2

### Violation of Rights to a prompt Proable cause hearing

Defendants held Plaintiff for 72 Hours at the South Holland Police Department which violated Plaintiffs Right to a prompt proable cause Hearing which violates Judicial determination.

## Count 3

### False charges presented to the Grand Jury with milicious intent without Probable cause

Defendants presented false charges to the grand Jury of Buglary, and Possession of a Dangerious weapon with the intent to use it on another. No Probable cause was established, nor Complainting witness.

## Count 4

### Failure to Return or fourards Property

Defendants took Plaintiff into custody, and Plaintiffs Property
1- Cell Phone, 1- leather wallet, 1- Gold-chain, StateID - Credit cards
Social Security Card, OSHA CARD, Photos, Keys, Currancy of $300.00+ Dollars

(1) On August 17 2013, Plaintiff was approached by Defendant Justin Smolinski, the Defendant Drew his weapon and ordered the plaintiff Hands on Defendants vehicle Defendant Placed Hand cuffs on the Plaintiff, never announcing that plaintiff was under Arrest.

(2) Defendant Justin Smolinski Drove the plaintiff to a Car dealership where Defendant allowed Several People to view the Plaintiff, Defendant was told that Plaintiff had commited a Crime of Auto theft.

(3) Defendant ordered Plaintiff out of the vehicle and took the Plaintiffs Personal Belongings off the Plaintiffs Person, then ordered Plaintiff back in the vehicle.

(4) Defendants John DOE also came, and ordered Plaintiff out of the vehicle, John DOE, snatched Plaintiff out of the vehicle and searched the plaintiff again then forcefully shoving plaintiff back in the vehicle.

5) Plaintiff was taken into custody of the South Holland Police Department still not told that Plaintiff was under arrest, yet finger printed, photographed and Subjected to being Detained without an attorney which the plaintiff requested.

6) Defendant John Doe #2, A unknown Black male (plain clothes) official told the Plaintiff to exit the cell, when Plaintiff Inquired as to where he was being lead too, Defendant John Doe #2 Said (ya'll see).

7) Defendant told Plaintiff to enter a Room, pushing plaintiff in a Room filled with others holding numbers; (A line up) Plaintiff was ordered to Hold #2, when the Plaintiff Refused to participate and attempted to leave, the door was locked.

8) plaintiff was forced to be apart of a staged line up, then taken back to the cell.

9) plaintiff was then told by Defendant Justin Smolinski that alot of people wanted to talk to the plaintiff, Plaintiff again invoked fifth amendment Rights.

10. Defendant Justin Smolinski then ordered the plaintiff out of the cell where he (The Defendant) escorted the plaintiff into a Room where two unknown white males introduced themselves as law officials.

11. Plaintiff told the two law officials who introduced themselves as a State Trooper, and a Detective from Oak lawn police Department.

12. Plaintiff told both law officials that plaintiff had nothing to say, Both law officials made obscene Gesters, yelled and called the plaintiff names and made Threats to the plaintiff.

13. plaintiff was then taken back to the cell and was subjected to stay at South Holland police Department and on August 20th 2013 plaintiff was taken to Markham and Transfered to the Cook county Jail and assigned Booking Number 20130820223.

14. plaintiff was told by public Defender Ms. Kimber Malone with the Markham Court House That plaintiff was charged with Buglary, Auto Theft, and possession of A Dangerous weapon by A felon (with the intent to use it on another).

15. plaintiff was given copies of the Grand Jury indictment and learned that the Defendant Justin Smolinski under oath testified before the grand Jurors that plaintiff had commited Buglary, possessed A Dangerious weapon and a Stolen Vehicle.

16. plaintiff did not Buglarize the dealership that the Defendant told the Grand Jurors, plaintiff did not possess A Dangerious weapon as was told to the Grand Jury, Nor was plaintiff Actually in possession of A stolen motor vehicle.

17. Plaintiff was Subjected to false Statements whiched altered the Jurors dual function, to Act As a Sword to protect Citizens from inJustice, or as Shield to protect the plaintiff from false charges.

18. plaintiff believes based on information and facts, and belief that Defendants intentionally conspired to Create false charges in order to Jam the plaintiff on a case that was frivilous.

19) Defendants have no police Reports, 911 calls, or witness who can confirm the false charges of Buglary or possession of A Dangerious weapon with the intent to use it on Another, Nobody ever filed a complaint or called to Report A Buglary to A CAR Dealership that was open for Business.

20. plaintiff was detained at the cook county Jail for 16 months and plead guilty to possession of stolen motor vehicle due to lack of funds for a lawyer, mental Health issues and the over exhaustion of being subjected to the treatment and conditions of cook county Jail.

21. plaintiff was not tried nor convicted for A Burglary or possession of a Dangerious weapon with the intent to use it on Another.

CERTIFICATE OF SERVICE

I John Clay B16569 a inmate at the lawrence correctional Certify that on ___/___, 2015, I place an Amended Complaint Addressed to the united States District Court Northern Division (Inmate corospondance) 219 South Dearborn Street Chicago, Ill 60604, by placing it in the U.S. mail at Lawrence correctional Center 10930 Lawrence Road Sumner, Ill 62466

Sworn and Subscribed Before me this 25th day of August, 2015

Kimberly Ulrich
NOTARY PUBLIC

OFFICIAL SEAL
KIMBERLY A. ULRICH
Notary Public - State of Illinois
My Commission Expires 8/18/2018

/s/ John Clay
JOHN J. CLAY B16569
plaintiff

(3)