JZ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| John Jerome Clay,  Plaintiff, v.  Officer Smolinski,  Defendant(s). | Case No. 14 C 08266 |

## LIMITED APPOINTMENT OF
## SETTLEMENT ASSISTANCE PROGRAM COUNSEL

The Court hereby appoints the herein named attorney to represent the Pro Se Party solely for the limited purpose of assisting the Pro Se Party in connection with settlement proceedings in this case. Appointed counsel shall not be obligated to conduct any discovery, to prepare or respond to any motions and shall not be responsible for the trial of this case. The appointed attorney may not enter into any fee agreement with the pro se party, or otherwise seek compensation from the pro se party, in connection with this appointment. On notice to the Court, appointed counsel may seek to end the representation of the Pro Se Party upon completion of the settlement conference.

| | |
|---|---|
| **Name of Appointed Counsel**: | Lillian McCartin |
| **Law Firm**: | Law Office of Lillian McCartin |
| **Street Address**: | 2040 N. Milwaukee Ave. |
| **Suite Number**: | Suite 13 |
| **City, State, Zip**: | Chicago, Illinois 60647 |
| **Telephone**: | (773) 727-3799 |

I hereby acknowledge that I have read, understand and agree to the terms of this Limited Appointment of Settlement Assistance Program Counsel.

Dated: __February 26, 2016__  __JOHN J. Clay  John J. Clay__
                                                                                       Pro Se Party

ENTER:

Dated: __3/18/2016__  _____
                                                                                            Judge