UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

John Jerome Clay
                        Plaintiff,

v.                                               Case No.: 1:14–cv–08266
                                                       Honorable Joan H. Lefkow

Justin Smolinski, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 14, 2016:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Settlement conference set for 6/30/2016 at 1:00 p.m. Plaintiff is to appear via video conferencing. Parties are to review and to comply with this Court's Standing Order Setting Settlement Conference which is available through the Court's webpage available at www.ilnd.uscourts.gov. Plaintiff's counsel to submit a written itemization of damages and settlement demand to defendants' counsel with a brief explanation of why such a settlement is appropriate on or before 6/2/2016. An electronic copy of this submission must also be sent to the Court's proposed order box at the same time, Proposed_Order_Cox@ilnd.uscourts.gov. Defendants' counsel to submit a written offer to plaintiff's counsel and the Court's proposed order box with a brief explanation of why such a settlement is appropriate on or before 6/16/2016. The settlement conference date may only be changed by the granting of a motion. Video request to follow. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.